```
P. Randall Noah, SBN 136452
Law Offices of P. Randall Noah
8 Camino Encinas, Suite 220
Orinda, CA  94563
Tel. 925 253-5540
Fac. 925 253-5542

Attorney for Plaintiff,
Douglas Taylor
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
Douglas A. Taylor                    No.   C 08-03271 CW ADR

       Plaintiff,
                                     CONSENT TO PROCEED BEFORE A
    v.                               UNITED STATES MAGISTRATE JUDGE

AT&T Corp., Sedgwick Claims
Management Services, Inc.

       Defendant.
_____/
```

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 7/16/08

Signature _P. Randall Noah_

Counsel for _Plaintiff Douglas Taylor_
(Name or party or indicate "pro se")