| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF P. RANDALL NOAH<br>8 CAMINO ENCINAS<br>SUITE 220<br>ORINDA     CA 94563 | 925.253-5540<br><br>Ref. No. or File No.<br>208-109 | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:
TAYLOR vs AT&T

| DATE: 076402 | TIME: | DEPT./DIV. | CASE NUMBER: C08-03271 ADR/C |
|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE; CONSENTING TO MAGISTRATE FORMS; ECF REGISTRATION INFORMATION HANDOUT

ON: **SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.**

AT: C.T. CORPORATE SYSTEMS
    818 WEST 7TH STREET
    LOS ANGELES    CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

Margaret Wilson

WHOSE TITLE IS: Process Specialist

ON: 7/16/08    AT: 12:15pm

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: Richard Gari    FEE FOR SERVICE: .00

Carson Attorney Service
P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708
Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server
(1) ☑ Employee  ☐ Independent contractor
(2) Registration No.
(3) County:
(4) Expiration Date:

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JUL 18 2008    ► _____ SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF P. RANDALL NOAH<br>8 CAMINO ENCINAS<br>SUITE 220<br>ORINDA       CA 94563 | 925.253-5540<br><br>Ref. No. or File No.<br>208-109 | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:
TAYLOR vs AT&T

| DATE: | TIME: | DEPT./DIV. | CASE NUMBER: |
|---|---|---|---|
| 076401 | | | C08-03271 ADR/C |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING CASE MANAGEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE; CONSENTING TO MAGISTRATE FORMS; ECF REGISTRATION INFORMATION HANDOUT

ON: AT&T CORP.

AT: C.T. CORPORATE SYSTEMS
    818 WEST 7TH STREET
    LOS ANGELES       CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

Margaret Wilson

WHOSE TITLE IS: Process Specialist

ON: 7/16/08    AT: 12:15pm

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: Richard Gari       FEE FOR SERVICE:    .00

Carson Attorney Service
P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708
Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server
(1) ☒ Employee   ☐ Independent contractor
(2) Registration No.
(3) County:
(4) Expiration Date:

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JUL 18 2008      ▶ _____
                                    SIGNATURE

Printed on Recycled Paper