1  J. SCOTT PAISLEY (Bar No. 094236)
   AT&T SERVICES LEGAL DEPARTMENT
2  525 Market Street, 20th Floor
   San Francisco, CA 94105
3  Tel: (415) 778-1213
   Fax: (415) 882-4458
4
   Attorneys for Defendants
5  AT&T CORP. and SEDGWICK CLAIMS
   MANAGEMENT SERVICES, INC.
6
7
                    UNITED STATES DISTRICT COURT
8
            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
9

| | |
|---|---|
| DOUGLAS A. TAYLOR, | CASE NO. C08-03271 CW |
| Plaintiff, | |
| v. | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (Local Rule 6-1(a)) |
| AT&T CORP., SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | |
| Defendants. | The Hon. Claudia Wilken |
| | Complaint Filed: July 8, 2008
Trial Date: Not set |

WHEREAS, Plaintiff Douglas A. Taylor caused the summons and complaint in this action to be served on Defendants AT&T Corp. and Sedgwick Management Services, Inc. on July 16, 2008;

WHEREAS, Defendants' response to the complaint is due within 20 days after service of the summons, on August 5, 2008;

WHEREAS, Defendants have requested a 30 day extension of time until September 4, 2008, within which to respond to the complaint and Plaintiff has agreed to that request, and

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order;

///

-1-

428377   STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

NOW, THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that Defendants AT&T Corp. and Sedgwick Management Services, Inc. shall have until September 4, 2008, within which to respond to Plaintiff's complaint.

**IT IS SO STIPULATED.**

Dated: August 4, 2008        AT&T SERVICES LEGAL DEPARTMENT

By: /s/ J. Scott Paisley
J. Scott Paisley, Attorneys for
Defendants AT&T Corp. and Sedgwick
Claims Management Services, Inc.

Dated: August 5, 2008        LAW OFFICES OF P. RANDALL NOAH

By: /s/ P. Randall Noah
P. Randall Noah, Attorney for
Plaintiff Douglas A. Taylor

-2-

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT