# CERTIFICATE OF SERVICE

Re:     **Douglas A. Taylor v. AT&T Corp., et al.**
U.S. District Court (N.D. CA - Oakland) Case No. C 08-03271

I, Willie Hernandez, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 525 Market Street, 20th Fl., San Francisco, CA. I am familiar with my office's practice for collection and processing of mail with the U.S. Postal Service. Correspondence prepared for mailing by our office is deposited for pickup by the U.S. Postal Service that same day. On the date set forth below, I served the following document(s):

## STIPULATION EXTENDING TIME RESPOND TO COMPLAINT

☐   by transmitting via facsimile the document(s) to the fax number(s) set forth below, as indicated by the attached facsimile verification report.

☐   by placing the document(s) in (a) sealed envelope(s), to the address(es) set forth below, with full prepaid postage thereon, and depositing said envelope(s) with the U.S. Postal Service, in the ordinary course of business, on the date set forth below.

☒   by causing the document(s) to be transmitted electronically to the e-mail address(es) of the person(s) listed below.

☐   by personally delivering the document(s) to the address(es) of the person(s) set forth below, on the date set forth below.

Plaintiff's Attorney

P. Randall Noah
Law Offices of P. Randall Noah
8 Camino Encinas, Suite 220
Orinda, CA 94563
pnoah@ix.netcom.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   August  5 , 2008.

_____
Willie Hernandez