Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
2 Theatre Sq., Suite 234
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542

Attorney for Plaintiff,
Douglas Taylor

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TAYLOR, | CASE NO. C08-cv-3271 CW |
| Plaintiff, | CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL |
| vs. | |
| AT&T CORP., Et Al., | |
| Defendant. | |

Plaintiff, Douglas Taylor's attorney's address has changed to the following:

Law Offices of P. Randall Noah

2 Theatre Square, Suite 234

Orinda, CA 94563

DATED: August 8, 2008    Law Offices of P. Randall Noah

By: _____
P. Randall Noah
Attorney for Plaintiff,
Douglas Taylor