1  VINEET K. SOOD (Bar No. 209551)
   J. SCOTT PAISLEY (Bar No. 094236)
2  AT&T SERVICES LEGAL DEPARTMENT
   525 Market Street, 20th Floor
3  San Francisco, CA 94105
   Tel: (415) 778-1359
4  Fax: (415) 882-4458

5  Attorneys for AT&T CORP.,
   SEDGWICK CLAIMS MANAGEMENT
6  SERVICES, INC. and AT&T UMBRELLA
   BENEFIT PLAN NO. 1
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 | DOUGLAS A. TAYLOR,                    | CASE NO. C08-03271 CW
12 |                      Plaintiff,       |
13 | v.                                    | STIPULATION AND ORDER
                                            DISMISSING AT&T CORP. AND
14 | AT&T CORP., SEDGWICK CLAIMS           | SEDGWICK CLAIMS
   | MANAGEMENT SERVICES, INC.,            | MANAGEMENT SERVICES, INC.
15 |                                       | AS DEFENDANTS, AND JOINING
   |                      Defendants.      | AT&T UMBRELLA BENEFIT
16 |                                       | PLAN NO. 1 AS A DEFENDANT

17

18                                          The Hon. Claudia Wilken

19                                          Complaint Filed: July 8, 2008
                                            Trial Date: Not set
20

21

22    The parties, by and through their attorneys, hereby stipulate as follows:

23    1.    Defendants AT&T Corp. and Sedgwick Claims Management Services, Inc. shall
24 be, and upon the Court's execution and entry of this Stipulation and Order hereby are, dismissed
25 from this action without prejudice.
26    2.    AT&T Umbrella Benefit Plan No. 1 shall be, and upon the Court's execution and
27 entry of this Stipulation and Order hereby is, joined as a defendant in this action.
28

-1-

1　　　　3.　Service of the summons and complaint upon AT&T Umbrella Benefit Plan No. 1
2　shall be deemed to have been effectuated as of the date that this Stipulation and Order is entered,
3　and its response to the complaint shall be due 20 days thereafter.
4　　　　4　This Stipulation and Order will not alter the date of any event or deadline already
5　fixed by Court order   AT&T Umbrella Plan No  1 hereby stipulates that it shall abide by the
6　presently set dates for the initial meet and confer, the Rule 26(f) Report and the initial Case
7　Management Conference

**IT IS SO STIPULATED.**

10　Dated: August 29, 2008　　　　　　　　　AT&T SERVICES LEGAL DEPARTMENT

12　　　　　　　　　　　　　　　　　　　　　By: _____
13　　　　　　　　　　　　　　　　　　　　　J. Scott Paisley, Attorneys for
　　　　　　　　　　　　　　　　　　　　　　AT&T Corp., Sedgwick Claims
14　　　　　　　　　　　　　　　　　　　　　Management Services, Inc. and
　　　　　　　　　　　　　　　　　　　　　　AT&T Umbrella Benefit Plan No. 1

16　Dated: August 29, 2008　　　　　　　　　LAW OFFICES OF P. RANDALL NOAH

18　　　　　　　　　　　　　　　　　　　　　By: _____
19　　　　　　　　　　　　　　　　　　　　　P. Randall Noah, Attorney for
　　　　　　　　　　　　　　　　　　　　　　Plaintiff Douglas A. Taylor

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24　Dated: _____　　　　　_____
25　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN, United States
　　　　　　　　　　　　　　　　　　　　　　District Court Judge

-2-

## CERTIFICATE OF SERVICE

Re:  **Douglas A. Taylor v. AT&T Corp., et al.**
U.S. District Court (N.D. CA - Oakland) Case No. C 08-03271

I, Juny Wong, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 525 Market Street, 20th Fl., San Francisco, CA. I am familiar with my office's practice for collection and processing of mail with the U.S. Postal Service. Correspondence prepared for mailing by our office is deposited for pickup by the U.S. Postal Service that same day. On the date set forth below, I served the following document(s):

**STIPULATION AND ORDER DISMISSING AT&T CORP. AND SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. AS DEFENDANTS, AND JOINING AT&T UMBRELLA BENEFIT PLAN NO. 1 AS A DEFENDANT**

☐ by transmitting via facsimile the document(s) to the fax number(s) set forth below, as indicated by the attached facsimile verification report.

☐ by placing the document(s) in (a) sealed envelope(s), to the address(es) set forth below, with full prepaid postage thereon, and depositing said envelope(s) with the U.S. Postal Service, in the ordinary course of business, on the date set forth below.

☒ by causing the document(s) to be transmitted electronically to the e-mail address(es) of the person(s) listed below.

☐ by personally delivering the document(s) to the address(es) of the person(s) set forth below, on the date set forth below.

Plaintiff's Attorney

P. Randall Noah
Law Offices of P. Randall Noah
8 Camino Encinas, Suite 220
Orinda, CA 94563
pnoah@ix.netcom.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  August 29, 2008.

_____
Juny Wong

#429134