Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
2 Theatre Sq., Suite 234
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542
Attorney for Plaintiff,
Douglas A. Taylor

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS A. TAYLOR,

    Plaintiff,

vs.

AT&T UMBRELLA BENEFIT
PLAN NO. 1,

    Defendants.

_____/

CASE NO. C08-03271 CW

STIPULATION AND ~~PROPOSED~~
ORDER FOR DISMISSAL

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: November 14, 2008

Law Office of P. Randall Noah
By: _____
P. Randall Noah,
Attorney for plaintiff,
Douglas A. Taylor

AT&T Services, Inc, Legal Dept.
By: _____
Mr. Vineet K. Sood
Attorney for defendant,
AT&T Umbrella Benefit Plan No. 1

ORDER

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: 12/10/08

By: _____

JUDGE OF THE U.S. DISTRICT COURT